# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

RAYMOND SCALTRITO, : No. 378 EAL 2021

      Petitioner :

       : Petition for Allowance of Appeal
       : from the Order of the
      v. : Commonwealth Court

ABF FREIGHT SYSTEMS, INC. :
(WORKERS' COMPENSATION APPEAL :
BOARD), :

      Respondent :

RAYMOND SCALTRITO, (WCAB), : No. 379 EAL 2021

      Petitioner :

       : Petition for Allowance of Appeal
       : from the Order of the
      v. : Commonwealth Court

ABF FREIGHT SYSTEMS INC., :

      Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.